# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BYRON ABDUL WALKER-MAHDI**
**ADC# 149318**                                                                         **PLAINTIFF**

v.                          CASE NO. 1:11CV00115 BSM-JTK

**DOUG DIXON, Program Supervisor, Grimes Unit,**
**Arkansas Department of Correction et al.**                          **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 25] and the filed objections [Doc. No. 27] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, rejected in their entirety in all respects.

Magistrate Judge Jerome T. Kearney is directed to hold a hearing on plaintiff Byron Abdul Walker-Mahdi's motion for preliminary injunction [Doc. No. 21], focusing on the issue of whether Walker-Mahdi was discriminated against because of his religion in the Substance Abuse Treatment Program ("SATP").

IT IS SO ORDERED this 22nd day of May 2012.

_____
UNITED STATES DISTRICT JUDGE