# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BYRON ABDUL WALKER-MAHDI**
**ADC #149318**                                                                                     **PLAINTIFF**

**v.**             **CASE NO. 1:11CV00115 BSM/JTK**

**DOUG DIXON, Program Supervisor, Grimes Unit**
**Arkansas Department of Correction et al.**                    **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 40] and the filed objections [Doc. No. 41] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff Byron Abdul Walker-Mahdi's motion for preliminary injunction [Doc. No. 21] is denied.

Dated this 19th day of September 2012.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE