**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BYRON ABDUL WALKER-MAHDI
ADC #149318**                                                              **PLAINTIFF**

**v.**           **CASE NO. 1:11CV00115 BSM/JTK**

**DOUG DIXON, Program Supervisor, Grimes Unit
Arkansas Department of Correction et al.**          **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 53] and the filed objections [Doc. No. 54] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Byron Abdul Walker-Mahdi's motion for partial summary judgment [Doc. No. 34] is denied.

2. Defendants' motion for summary judgment [Doc. No. 47] is granted.

3. All claims against defendants Shannon Dahlem and Doug Dixon are dismissed with prejudice.

4. All claims against defendants John Maples and Ray Hobbs are dismissed without prejudice.

An appropriate judgment shall accompany this order.

Dated this 17th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE